UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ISAAK OLSON,<br><br>*Plaintiff,*<br><br>v.<br><br>ALEJANDRO MAYORKAS, KARL L. SCHULTZ, and WILLIAM G. KELLY in their official capacities,<br><br>*Defendants.* | Civil Action No. 3:21-cv-1631<br><br>December 8, 2021 |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please take notice that the undersigned attorney, Meghan Brooks, is admitted to practice in this Court and hereby enters an appearance in this matter on behalf of the Plaintiff.

Dated:   December 8, 2021
         New Haven, Connecticut

                                                       Respectfully submitted,

                                                       By: /s/ Meghan Brooks
                                                       Meghan Brooks, ct31147
                                                       Veterans Legal Services Clinic
                                                       Jerome N. Frank Legal Services Organization
                                                        Yale Law School
                                                       P.O. Box 209090
                                                       New Haven, CT 06520-9090
                                                        Tel: (203) 432-4800
                                                        meghan.brooks@ylsclinics.org

                                                        *Counsel for Plaintiff*