**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

## NOTICE REGARDING ELECTRONIC FILING

All civil cases assigned to Judge Bryant will be designated as electronically filed cases, and thus be subject to the attached Electronic Filing Order, (including pro se prisoner cases and social security disability appeals). Documents filed electronically must be filed in OCR text searchable PDF format. Any attorney may file a motion for Exemption From Electronic Filing within fourteen (14) days after the attorney enters an appearance in the case, which shall be decided by the Judge.

In order to be able to file documents electronically, an attorney must first register with the clerk's office and obtain an electronic filing login and password. Registration forms are available on the Court's website, along with a tutorial on electronic filing (**www.ctd.uscourts.gov/cmecf/)**. Training in electronic filing is also available to attorneys through the clerk's office.

FOR THE COURT

ROBIN D. TABORA,
CLERK OF COURT

**Rev 9/9/13**

## ELECTRONIC FILING ORDER

All documents in this case will be filed electronically and must be filed in Tagged PDF format, enabling text recognition. Counsel should review documents for accessibility in Adobe Acrobat or other PDF software.   Counsel are reminded that they must comply with the requirements set forth in the District Court's CM/ECF Policies and Procedures Manual. All documents must be typewritten using Arial bold 12 point font, double spaced. Pleadings must comply with all applicable provisions of D. Conn. L. Civ. R. 10(a).

Counsel **must** provide Chambers with one paper copy of the following on the business day following the day on which the document is filed electronically, unless otherwise ordered:

a. Any filing requesting relief on an emergency basis;

b. Any (joint) trial memorandum, including proposed findings of fact and conclusions of law as well as any motions *in limine*;

c. Any filing that is filed on the docket less than seven days prior to a scheduled Court hearing in which the filing is necessary.

Counsel **must** provide Chambers with a paper copy of non-emergency filings, including pleadings, briefs and exhibits supporting or opposing any motion to dismiss, motion for summary judgment, or other motion, and any other document that exceeds 15 pages, by regular postal mail, FedEx, UPS, courier, or the like.   Chambers copies of such filings do **not** need to be sent by overnight mail.

All chambers copies must be printed from the docket and should bear the header of the Court's electronic filing system, unless printing from the docket renders the exhibit illegible or excludes or obliterates relevant portions of the exhibit, in which case the filing party should clearly indicate at what docket entry number the exhibit appears.

**SO ORDERED.**

_____/s/_____

**Hon. Vanessa L. Bryant**
**Senior United States District Judge**