UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ISAAK OLSON,<br><br>    *Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, KARL L. SCHULTZ, and WILLIAM G. KELLY in their official capacities,<br><br>    *Defendants*. | Case No.: 3:21-cv-1631<br><br>December 8, 2021 |

## PLAINTIFF'S MOTION FOR ADMISSION
*PRO HAC VICE*

Pursuant to D. Conn. Local R. 83.1(d), I request that the Court admit Ria Tabacco Mar and Linda Morris to practice before it *pro hac vice*, and I have attached declarations for the Court's consideration.

Respectfully submitted,

*/s/ Elana Bildner*
Elana Bildner (ct30379)
ACLU Foundation of Connecticut
765 Asylum Avenue
Hartford, CT 06105
(860) 471-8475
ebildner@acluct.org

*Attorney for Plaintiff Isaak Olson*