UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ISAAK OLSON,<br><br>    *Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, KARL L. SCHULTZ, and WILLIAM G. KELLY in their official capacities,<br><br>    *Defendants*. | Case No.: 3:21-cv-1631<br><br>December 8, 2021 |

DECLARATION OF
RIA TABACCO MAR IN SUPPORT OF
ADMISSION PRO HAC VICE

I, Ria Tabacco Mar, do hereby depose and swear as follows:

1. I am a lawyer practicing with the American Civil Liberties Union Foundation. My office address is 125 Broad Street, 18th Floor, New York, NY 10004. My telephone number is (212) 284-7384. My email address is rmar@aclu.org.

2. I am a member of the bar of New York, with license number 4693693, and am an inactive member of the bar of California, with license number 319484.

3. I am also a member of the bar of the following federal courts, none of which assigns attorney numbers: United States Supreme Court; United States Courts of Appeals for the Second, Third, Fourth, Sixth, and Seventh Circuits; United States District Courts for the Eastern and Southern Districts of New York.

1

4. I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

5. There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate Elana Bildner (# ct30379), of the ACLU Foundation of Connecticut, 765 Asylum Avenue, Hartford, CT 06105, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission pro have vice in this litigation.

8. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Ria Tabacco Mar*
Ria Tabacco Mar
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: 212.549.2500
RMar@aclu.org