UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ISAAK OLSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | No. 3:21-cv-01631 (VLB) |
| : | |
| ALEJANDRO MAYORKAS, KARL L. : | |
| SCHULTZ, and WILLIAM G. KELLY : | |
| in their official capacities, : | |
| : | FEBRUARY 25, 2022 |
| Defendants. : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance on behalf of the defendants, Alejandro Mayorkas, Karl L. Schultz, and William G. Kelly.

                                      BRIAN M. BOYNTON
                                      Principal Deputy Assistant Attorney General

                                      LEONARD C. BOYLE
                                      United States Attorney
                                      District of Connecticut

                                      ANTHONY J. COPPOLINO
                                      Deputy Director
                                      Federal Programs Branch

                                      */s/ Kyla M. Snow*
                                      KYLA M. SNOW
                                      Trial Attorney
                                      United States Department of Justice
                                      Civil Division
                                      Federal Programs Branch
                                      1100 L Street NW
                                      Washington, DC 20005
                                      Phone: (202) 514-3259
                                      Email: kyla.snow@usdoj.gov

**JILLIAN R. ORTICELLI (ct28591)**
**Assistant United States Attorney**
**157 Church Street, 25th Floor**
**New Haven, CT 06510**
**Tel.: (203) 821-3700**
**Fax: (203) 821-5373**
**Email: Jillian.Orticelli@usdoj.gov**