## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

**ISAAK OLSON,**

      *Plaintiff*,

  v.

**ALEJANDRO MAYORKAS, KARL L. SCHULTZ, and WILLIAM G. KELLY in their official capacities,**

      *Defendants*.

**Case No.: 3:21-cv-1631**

**September 19, 2022**

### Joint Status Report

1. The parties hereby notify the Court that they have reached agreement today on a settlement of this case, which they are in the process of executing. Pursuant to the agreement, the parties expect to file a joint stipulation of dismissal of this case in the near future.

2. Accordingly, the parties respectfully request that the Court cancel the upcoming discovery status conference in this matter, currently scheduled for 4 p.m. on Wednesday, September 21, 2022.


    Respectfully submitted,

    [Signatures of counsel on following page]

By: /s/ Elana Bildner

**Ria Tabacco Mar**, *pro hac vice*
**Linda Morris**, *pro hac vice*
**American Civil Liberties Union Foundation**
**Women's Rights Project**
**125 Broad Street, 18th Floor**
**New York, NY 10004**
**Tel: (212) 284-7384**
**rmar@aclu.org**

**Meghan Brooks, ct31147**
**Michael J. Wishnie, ct27221**
**Veterans Legal Services Clinic**
**Jerome N. Frank Legal Services Organization**
**Yale Law School**
**P.O. Box 209090**
**New Haven, CT 06520-9090**
**Tel: (203) 432-4800**
**michael.wishnie@ylsclinics.org**

**Dan Barrett, ct29816**
**Elana Bildner, ct30379**
**ACLU of Connecticut**
**765 Asylum Avenue**
**Hartford, CT 06105**
**Tel: (860) 471-8471**
**e-filings@acluct.org**

*Counsel for Plaintiff Isaak Olson*

**BRIAN M. BOYNTON**
**Principal Deputy Assistant Attorney General**

**LEONARD C. BOYLE**
**United States Attorney District of Connecticut**

**ANTHONY J. COPPOLINO**
**Deputy Director**
**Federal Programs Branch**

*/s/ Kyla M. Snow*
**KYLA M. SNOW**
**(Ohio Bar No. 96662)**
**Trial Attorney**
**United States Department of Justice Civil Division**
**Federal Programs Branch 1100 L Street NW Washington, DC 20005**
**Phone: (202) 514-3259**
**Email: kyla.snow@usdoj.gov**

**JILLIAN R. ORTICELLI (ct28591)**
**Assistant United States Attorney 157 Church Street, 25th Floor New Haven, CT 06510**
**Tel.: (203) 821-3700**
**Fax: (203) 821-5373**
**Email: Jillian.Orticelli@usdoj.gov**

*Counsel for Defendants*