UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ISAAK OLSON, | : |
| Plaintiff, | : |
| v. | : No. 3:21-CV-01631 (VLB) |
| ALEJANDRO MAYORKAS, LINDA L. FAGAN,[2] and WILLIAM G. KELLY In their official capacities, | : October 5, 2022 |
| Defendants. | : |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B), Plaintiff Isaak Olson and Defendants Alejandro Mayorkas, in his official capacity as Secretary of Department of Homeland Security; Linda L. Fagan, in her official capacity as Commandant of the U.S. Coast Guard; and William G. Kelly, in his official capacity as Superintendent of the U.S. Coast Guard Academy (collectively, "Defendants"), by and through their attorneys, respectfully and jointly stipulate to dismissal of this action with prejudice, with each party to bear its own fees and costs. In light of Plaintiff's dismissal of his claims, the parties request that the Clerk of Court now close this case.

---

[2] Linda L. Fagan has been substituted as a defendant, in her official capacity as Commandant of the U.S. Coast Guard, by operation of Federal Rule of Civil Procedure 25(d).

| | |
|---|---|
| PLAINTIFF,<br>ISAAK OLSON<br><br>By His Attorneys:<br><br>/s/ Michael J. Wishnie<br>MICHAEL J. WISHNIE (ct27221)<br>Meghan Brooks (ct31147)<br>Yael Caplan, Law Student Intern<br>Alexandra Johnson, Law Student Intern<br>Veterans Legal Services Clinic<br>Jerome N. Frank Legal Services Organization<br>Yale Law School<br>P.O. Box 209090<br>New Haven, CT 06520-9090<br>Phone: (203) 432-4800<br>Email: michael.wishnie@ylsclinics.org<br><br>LINDA S. MORRIS, *pro hac vice*<br>Ria Tabacco Mar, *pro hac vice*<br>American Civil Liberties Union Foundation<br>Women's Rights Project<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Phone: (212) 549-2500<br>Email: rmar@aclu.org<br><br>DAN BARRETT (ct29816)<br>Elana Bildner (ct30379)<br>ACLU Foundation of Connecticut<br>765 Asylum Avenue<br>Hartford, CT 06105<br>Phone: (860) 471-8471<br>Email: e-filings@acluct.org | DEFENDANTS,<br>ALEJANDRO MAYORKAS, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; KARL L. SCHULTZ, COMMANDANT, U.S. COAST GUARD; WILLIAM G. KELLY, SUPERINTENDENT, U.S. COAST GUARD ACADEMY<br><br>By Their Attorneys:<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>VANESSA R. AVERY<br>United States Attorney District of Connecticut<br><br>ANTHONY J. COPPOLINO<br>Deputy Director<br>Federal Programs Branch<br><br>/s/ Kyla M. Snow<br>KYLA M. SNOW<br>(Ohio Bar No. 96662)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Phone: (202) 514-3259<br>Email: kyla.snow@usdoj.gov<br><br>JILLIAN R. ORTICELLI (ct28591)<br>Assistant United States Attorney<br>157 Church Street, 25th Floor<br>New Haven, CT 06510<br>Tel.: (203) 821-3700<br>Fax: (203) 821-5373<br>Email: jillian.orticelli@usdoj.gov |